1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
       450 Golden Gate Ave.
6      San Francisco, California  94102
       Telephone:  (415) 436-6401
7      Fax:  (415) 436-6982
       E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA        )      No. CR 08-0083 PJH
14                                  )
                                    )
15     v.                           )
                                    )
16  GUILLERMO ALEJANDRO             )
    ZARAGOZA, et al.,               )
17                                  )
          Defendants.               )
18                                  )
   _____)
19                                  )
   UNITED STATES OF AMERICA        )      No. CR 08-0143 PJH
20                                  )
                                    )      [PROPOSED] ORDER EXCLUDING
21     v.                           )      TIME FROM SPEEDY TRIAL ACT
                                    )      COMPUTATION
22  FRANCISCO MORA ALVAREZ,         )
                                    )
23        Defendant.                )
                                    )
24  _____)

25

26      The parties appeared before the Court on July 23, 2008 at 1:00 p.m for a status

27  conference.  Defendant Guillermo Zaragoza appeared in custody with his attorney George

28

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et al. (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**      1

1  Cotsirilos; defendant Manuel Corona appeared in custody with attorney Nina Wilder, who also

2  appeared specially for attorney Garrick Lew on behalf of defendant Irma Corona; defendant Paul

3  Kozina appeared with his attorney Christy O'Connor; defendant David Quezada appeared in

4  custody with his attorney Steve Teich, who also appeared specially for attorney Brian Berson on

5  behalf of defendant David Weld; defendant Martel Valencia appeared in custody with attorney

6  Robert Waggener; defendant Eduardo Zaragoza appeared in custody with his attorney Claire

7  Leary; defendant Martin Zaragoza appeared in custody with his attorney Gail Shiffman, who also

8  appeared specially for attorney Roger Patton on behalf of defendant Juan Zaragoza and attorney

9  Seth Chazin on behalf of defendant Angelica Rodriguez, who was in custody; defendant Richard

10  Parodi appeared in custody with attorney Doug Rappaport; and defendant Lorenzo Carbajal

11  appeared in custody with his attorney Felicia Gross.  Defendant Roberto Ruiz remains at-large,

12  and defendant Francisco Mora Alvarez, in the related case 08-0143 PJH, appeared with his

13  attorney Haywood Gilliam.

14         At the July 23, 2008 status conference, the parties requested a continuance until

15  September 17, 2008 at 1:30 p.m.  Discovery has been on-going since the commencement of this

16  case.  Discovery has included, among other things, wiretap materials, including audio calls and

17  line sheets from the wire interceptions, surveillance videos and photographs, and search warrant

18  materials.  Counsel for the defense stated that they need additional time to review the discovery.

19  Counsel for the defense also indicated that they have specific discovery requests for the

20  Government, and that the parties will work to resolve the discovery issues to the extent they can

21  without the filing of motions.  The parties agreed in open Court, with their attorneys'

22  concurrence, that the case should be declared factually and legally complex.  Accordingly, the

23  parties agreed, that the entire period from July 23, 2008 through and including September 17,

24  2008, should be excluded from the otherwise applicable Speedy Trial Act computation, because

25  the factual and legal complexity renders it unreasonable to expect adequate and effective

26  preparation for pretrial proceedings and for the trial within the otherwise applicable time limits

27  set forth in the Speedy Trial Act.

28

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et al. (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**      2

1    Based upon the above-described representations and the parties' agreement in open

2 Court, the Court FINDS THAT the ends of justice served by granting a continuance from July

3 23, 2008 through and including September 17, 2008 outweigh the best interest of the public and

4 the defendants in a speedy trial, and that the case is so factually and legally complex, due to the

5 number of defendants and the nature of the prosecution, that it is unreasonable to expect effective

6 and adequate preparation for pretrial proceedings and for the trial within the otherwise applicable

7 time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A)

8 and (B)(ii) and (iv).

9    Accordingly, the Court ORDERS THAT:

10    1.    This case is continued to September 17, 2008 at 1:30 p.m. for further status and

11 for setting of motion dates.

12    2.    The period from July 23, 2008 through and including September 17, 2008 is

13 excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. §

14 3161(h)(8)(A) and (B)(ii) and (iv).

15

16

17 Dated: July 28, 2008



IT IS SO ORDERED

Judge Phyllis J. Hamilton

18

19

20

21

22

23

24

25

26

27

28

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et al. (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**    3